GREAT NECK TRUST COMPANY, Respondent, v. HARRY A. GERSON, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

BEATRICE A. GRIFFIN, Respondent, v. TOWN OF HARRISON, Appellant. WILLIAM F. GRIFFIN, Respondent, v. TOWN OF HARRISON, Appellant.— Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

ALEXANDER HENNIG and Another, Respondents, v. JOHN J. ABRAHAMS, Appellant; ALFRED H. LIGHT, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay vacated. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

CECELIA HUNT, Respondent, v. ERNEST ZIMET and Another, Appellants. GEORGE HUNT, Respondent, v. ERNEST ZIMET and Another, Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to Neptune Avenue from Shell Road to West Twenty-seventh Street, etc., in the Borough of Brooklyn, City of New York. FERDINANDO SALERNO, Appellant; JACOB ZUCKERMAN and Another, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title, etc., to the Real Property Required for the Opening and Extending of Northern Boulevard (Broadway-Jackson Avenue) from Auburndale (Cemetery) Lane to the Easterly Boundary Line of the City of New York, etc., in the Borough of Queens, City of New York, as Amended, etc. McCLENAHAN REALTY Co., INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted; question to be certified. Present — Lazansky, P. J., Young, Carswell and Scudder, JJ.; Johnston, J., not voting. Settle order on notice. [See ante, p. 614.]

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title, etc., for the Opening and Extending of Wooley Avenue (Forest Hill Road) from Willowbrook (Gun Factory) Road to Victory Boulevard (Richmond Turnpike), in the Borough of Richmond, City of New York. LOUALED DEVELOPMENT COMPANY, INC., Appellant; THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.

In the Matter of the Application of LOUIS FRANK, ABRAM FRANK and ANNA BLUTTMAN, as Administrators, etc., of REBECCA FRANK, Deceased, for Payment of Award Made for Taking of the Damage Parcel as Lot 1, Block 7256, on the Damage Map in a Certain Proceeding Entitled: " Appellate Division of the Supreme Court, Second Judicial Department. In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Consisting of the Blocks Bounded by Ocean Parkway, West Avenue, Van Sicklen Place and Riverside Avenue in the Borough of Brooklyn, County of Kings, City and State of New York Duly Selected as a Site for School Purposes According to Law."— Motion for payment of award granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ.